**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **In re:** <br><br> **Jorge R. Rosario** <br><br> **and** <br><br> **Ipatia C. Bueno,** <br>                    **Debtors.** <br> **BMO Harris Bank N.A.,** <br>                    **Movant,** <br>         **vs.** <br> **Jorge R. Rosario,** <br><br>                    **Respondent.** | Chapter 13 <br> Bankruptcy No. 18-14350-elf |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

BMO Harris Bank N.A. ("BHB" or "Movant") has filed a Motion for Relief from Stay with the Court to Recover Equipment as described in the motion papers.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

   1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 08/21/18 you or your attorney must do all of the following:

   (a) File an answer explain your position at

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   900 Market Street, Suite 214
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

> James K. Haney
> Wong Fleming, P.C.
> 1500 Market Street, 12th Floor, East Tower
> Philadelphia, PA 19102

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on 08/28/18, at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Suite 214, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy form the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: July 18, 2018