# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 18-14350-ELF

JORGE R ROSARIO
IPATIA C BUENO
1356 SUNSET STREET

MARCUS HOOK, PA 19061

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JORGE R ROSARIO
    IPATIA C BUENO
    1356 SUNSET STREET

    MARCUS HOOK, PA 19061

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

            /s/ William C. Miller

Date: 9/25/2018

            _____
            William C. Miller, Esquire
            Chapter 13 Standing Trustee