# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ipatia C. Bueno<br>          Jorge R. Rosario<br><br>                              Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust, its successors<br>and/or assigns<br>                              Movant<br>          vs.<br><br>Ipatia C. Bueno<br>Jorge R. Rosario<br>                              Debtor(s)<br><br>William C. Miller Esq.<br>                              Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-14350 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **October 17, 2019; Docket No. 32**.

                                                   Respectfully submitted,

                                                   **/s/ Kevin G. McDonald, Esquire**
                                                 Kevin G. McDonald, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322

February 4, 2019