IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | : | |
| Jorge R. Rosario | : | Chapter 13 |
| Ipatia C. Bueno | : | |
| | : | Case No. 18-14350ELF |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Attorney Application for Compensation filed at Docket Number 47.

Dated: February 7, 2019          /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                                 1315 Walnut Street, Suite 502
                                 Philadelphia, PA 19107
                                 215-545-0008