IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Jorge R. Rosario<br>Ipatia C. Bueno | Chapter 13<br><br>Case No. 18-14350ELF |
| Debtor(s) | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Avoid Lien filed at Docket Number 50.


Dated: February 12, 2019              /s/ Brad J. Sadek, Esquire
                                      Brad J. Sadek, Esquire
                                      Sadek and Cooper
                                      1315 Walnut Street, Suite 502
                                      Philadelphia, PA 19107
                                      215-545-0008