UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Jorge Rosario & Ipatia Bueno : | |
| : | Chapter 13 |
| : | |
|    Debtor (s) : | Case No.: 18-14350ELF |

# **O R D E R**

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Jorge & Ipatia Rosario in personal property and/or real property of the Debtor located at 1356 Sunset St. Trainer PA, 19061,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at **Pennsylvania Court of Common Please, Delaware County, Case Number 2016-011515** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:**

                                                **ERIC L. FRANK**
                                                **U.S. BANKRUPTCY JUDGE**