United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jorge R Rosario  
Ipatia C Bueno  
      Debtors

Case No. 18-14350-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Feb 28, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.  
db/jdb       +Jorge R Rosario,    Ipatia C Bueno,    1356 Sunset Street,    Marcus Hook, PA 19061-5329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

          BRAD J. SADEK     on behalf of Joint Debtor Ipatia C Bueno brad@sadeklaw.com,   bradsadek@gmail.com  
          BRAD J. SADEK     on behalf of Debtor Jorge R Rosario brad@sadeklaw.com,   bradsadek@gmail.com  
          JAMES KEVIN HANEY     on behalf of Creditor     BMO Harris Bank N.A. jhaney@wongfleming.com,   cjackson@wongfleming.com,sshalloo@wongfleming.com  
          JEROME B. BLANK     on behalf of Creditor     Ditech Financial LLC paeb@fedphe.com  
          KEVIN G. MCDONALD     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  bkgroup@kmllawgroup.com  
          KEVIN G. MCDONALD     on behalf of Creditor     Wilmington Savings Fund Society, FSB, et al.  bkgroup@kmllawgroup.com  
          THOMAS YOUNG.HAE SONG     on behalf of Creditor     Ditech Financial LLC paeb@fedphe.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Jorge Rosario & Ipatia Bueno | : | |
| | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 18-14350ELF |

## O R D E R

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Jorge & Ipatia Rosario in personal property and/or real property of the Debtor located at 1356 Sunset St. Trainer PA, 19061,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at **Pennsylvania Court of Common Please, Delaware County, Case Number 2016-011515** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:**   2/28/19

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE