# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-14350-ELF

JORGE R ROSARIO
IPATIA C BUENO
1356 SUNSET STREET

MARCUS HOOK, PA 19061

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JORGE R ROSARIO
    IPATIA C BUENO
    1356 SUNSET STREET

    MARCUS HOOK, PA 19061

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                        /S/ William C. Miller

Date: 5/3/2019                                   _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee