United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 18-14350-elf
Jorge R Rosario                                           Chapter 13
Ipatia C Bueno
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore        Page 1 of 1           Date Rcvd: Jun 19, 2020
                            Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
14213166        +Wilmington Savings Fund Society, FSB, et al.,   c/o Rushmore Loan Management Services,
                  P.O. Box 55004,   Irvine, CA. 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Joint Debtor Ipatia C Bueno brad@sadeklaw.com,  bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Debtor Jorge R Rosario brad@sadeklaw.com,  bradsadek@gmail.com
          JAMES KEVIN HANEY    on behalf of Creditor   BMO Harris Bank N.A. jhaney@wongfleming.com,
           spiotrowski@wongfleming.com,sshalloo@wongfleming.com
          JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al.
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                           TOTAL: 11
```

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14350-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jorge R Rosario
1356 Sunset Street
Marcus Hook PA 19061

Ipatia C Bueno
1356 Sunset Street
Marcus Hook PA 19061

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/19/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: Wilmington Savings Fund Society, FSB, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA. 92919-2708

Name and Address of Transferee:

Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston TX 77042

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/21/20

Tim McGrath
**CLERK OF THE COURT**