UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Jorge R Rosario,<br>        Debtor.<br>Ipatia C Bueno,<br>        Joint Debtor.<br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust,<br>        Movant.<br>v.<br>Jorge R Rosario,<br>Ipatia C Bueno,<br>        Debtor/Respondent.<br>William C. Miller, Esquire,<br>        Trustee/Respondent. | Bankruptcy No. 18-14350-elf<br><br>Chapter 13<br><br>Hearing Date: November 3, 2020<br>Hearing Time: 9:30 a.m.<br>Location: 900 Market Street,<br>Philadelphia, PA 19107 |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY

Secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not

individually but as trustee for Pretium Mortgage Acquisition Trust, and Debtor, Jorge R Rosario and

Ipatia C Bueno ("Debtor"), by and through their respective attorneys, hereby stipulate as follows:

### I.    BACKGROUND:

1.  On April 3, 2006, Jorge R Rosario and Ipatia C Bueno ("Debtors") executed and delivered a

    Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the

    amount of $108,000.00.

2.  The Mortgage was recorded on April 18, 2006, with the Delaware County Recorder

    of Deeds.

3.  The Mortgage was secured as a lien against the property located in Delaware County

    commonly known as 1356 Sunset Street, Trainer, Pennsylvania 19061 (the "Property").

4.  The Note and Mortgage were lastly assigned to Wilmington Savings Fund Society, FSB,

    d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition

Trust.

5.  Debtor has defaulted under the terms of the Note and Mortgage by failing to make the monthly payments of principal, interest and escrow each in the amount of $1,308.05, which became due on April 1, 200, May 1, 2020, June 1, 2020, July 1, 2020, August 1, 2020 September 1, 2020, October 1, 2020, and November 1, 2020.

6.  Thus, Debtor's post-petition arrearage currently totals the sum of $10,134.95, (as there is $329.45, in suspense).

7.  Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,308.05, per month shall become due under the Note and Mortgage on the 1st day of each successive month, beginning December 1, 2020, until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and is responsible for same.

8.  Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and Debtor desire to resolve Debtor's post-petition arrearage in accordance with the set forth terms below:

II.  **STIPULATION FOR RELIEF FROM STAY**

1.  Debtor confirms and acknowledges his obligations to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust under the Note and Mortgage.

2.  Debtor further confirms and acknowledges failure to make the post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth above in paragraphs 5 and 6.

3.  Debtor further confirms and acknowledges obligations to make the regular post-petition

payments of principal and interest going forward from December 1, 2020, as set forth
above in paragraph 7.

4.  Debtor agrees to become current on his post-petition obligations to Wilmington Savings
    Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
    Mortgage Acquisition Trust by filing an Amended Chapter 13 Plan to include the
    post-petition default of $10,134.95 within thirty (30) days of the entry of this order.

5.  Debtor further agrees to continue to make regular post-petition payment of principal and
    interest in the amount of $1,308.05, (Debtor's acknowledges that the monthly payment is
    subject to change) which shall become due on the 1st day of each month beginning on
    December 1, 2020, until obligation to Wilmington Savings Fund Society, FSB, d/b/a
    Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,
    its successors and/or assignees under the Note is paid in full. Payments shall be sent to the
    following address: Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston,
    TX 77042.

6.  In the event that Debtor converts to a Chapter 7 during the pendency of this Bankruptcy
    case, the Debtor shall cure the pre-petition and post-petition arrears within ten (10) days
    from date of conversion.  Should the Debtor fail to cure the arrearage, Wilmington
    Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for
    Pretium Mortgage Acquisition Trust will send Debtor's counsel a written notification of
    default of this Stipulation.  If the default is not cured within fifteen (15) days of the
    notice, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually
    but as trustee for Pretium Mortgage Acquisition Trust may file a Certification of Default
    with the Court and the Court shall enter an Order granting relief from the Automatic Stay.

7. In the event the Debtor should default on obligations under this Stipulation by failing to make cure payments as set forth above in paragraph 4 and/or tender in full any of the payments described in paragraph 5, on or before the dates on which they are due, then Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns shall serve Debtor's Attorney by fax, e-mail and/or regular mail, with written notification of default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the written notification, then, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust or its assignee or successors may exercise its rights against the Mortgaged Property under the terms of this Stipulation without further notice to Debtor or the Order of this Court.

8. Additionally, Debtor agrees that is not permitted more than two (2) defaults from the date of the Stipulation. Debtor agrees that if defaults under the terms of this Stipulation more than two (2) times, then, without any further notice, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns may exercise its rights against the Mortgaged Property under the terms of this

Stipulation.

9. Neither Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's consent to this Stipulation nor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's acceptance of any payments tendered by Debtor shall be construed as a waiver of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation; however, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust agrees to credit Debtor's account for any payments made by Debtor in accordance with this Stipulation, the Note and/or Mortgage.

10. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

11. Debtor hereby certifies and confirms that the terms of the Stipulation are reviewed with Counsel that Debtor understands and is in agreement with the terms of this Stipulation, and that counsel has been authorized by Debtor to sign this Stipulation

IT IS HEREBY STIPULATED:
By:    /s/ Charles G. Wohlrab                  Date: 12/01/2020
Robertson, Anschutz, Schneid & Crane & Partners, PLLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
**Email: cwohlrab@raslg.com**

By: /s/ [signature]                         Date: 11/30/2020
Brad J. Sadek
Sadek and Cooper
PA I.D. 90488
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
Telephone: 215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com
*Attorney for Debtor*

By: /s/ LeRoy W. Etheridge, Esquire    Date: 01/04/2021
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105                    *no objection to its terms, without prejudice to any of our
Telephone: 215-627-1377                   rights and remedies
*Chapter 13 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Jorge R Rosario,<br>    Debtor.<br>Ipatia C Bueno,<br>    Joint Debtor.<br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust,<br>    Movant.<br>v.<br>Jorge R Rosario,<br>Ipatia C Bueno,<br>    Debtor/Respondent.<br>William C. Miller, Esquire,<br>    Trustee/Respondent. | Bankruptcy No. 18-14350-elf<br><br>Chapter 13<br><br>Hearing Date: November 3, 2020<br>Hearing Time: 9:30 a.m.<br>Location: 900 Market Street,<br>Philadelphia, PA 19107 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on __January 08, 2021__ , I served a copy of the Stipulation Resolving Motion for Relief from Stay by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Jorge R Rosario
1356 Sunset Street
Marcus Hook, PA 19061

Ipatia C Bueno
1356 Sunset Street
Marcus Hook, PA 19061

WILLIAM C. MILLER, Esq.
P.O. Box 1229

Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

By: /s/ Charles Wohlrab

Charles Wohlrab, Esquire