**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>Jorge R Rosario,<br>        Debtor.<br>Ipatia C Bueno,<br>        Joint Debtor.<br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust,<br>        Movant.<br>v.<br>Jorge R Rosario,<br>Ipatia C Bueno,<br>        Debtor/Respondent.<br>William C. Miller, Esquire,<br>        Trustee/Respondent. | Bankruptcy No. 18-14350-elf<br><br>Chapter 13<br><br>Hearing Date: November 3, 2020<br>Hearing Time: 9:30 a.m.<br>Location: 900 Market Street,<br>Philadelphia, PA 19107 |

**ORDER OF COURT**

AND NOW, this 11th day of January, 2021, upon consideration of the parties' (Doc. # 89), Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
Judge Eric L. Frank