UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Jorge R. Rosario | : | Chapter 13 |
|    Ipatia C. Bueno | : | Case No.: 18-14350-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 14, 2021                /s/ Brad J. Sadek, Esquire
                                                   Brad J. Sadek, Esquire
                                                   Sadek and Cooper Law Offices, LLC
                                                   1315 Walnut Street, Suite 502
                                                   Philadelphia, Pa 19107
                                                   215-545-0008