# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-14350-ELF

JORGE R ROSARIO
IPATIA C BUENO
1356 SUNSET STREET

MARCUS HOOK, PA 19061

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JORGE R ROSARIO
    IPATIA C BUENO
    1356 SUNSET STREET

    MARCUS HOOK, PA 19061

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

Date: 2/14/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee