## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ipatia C. Bueno<br>Jorge R. Rosario<br>**Debtors** | Chapter 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>**Movant**<br>vs. | NO. 18-14350 PMM<br><br>11 U.S.C. Section 362 |
| Ipatia C. Bueno<br>Jorge R. Rosario<br>**Debtors**<br><br>and Kenneth E. West Esq.<br>**Trustee** | |

### ORDER

AND NOW, this 17th day of March, 2023 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 11, 2021, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1356 Sunset Street Trainer, PA 19061.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
United States Bankruptcy Judge.