United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14350-pmm |
| Jorge R Rosario | Chapter 13 |
| Ipatia C Bueno | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge R Rosario, Ipatia C Bueno, 1356 Sunset Street, Marcus Hook, PA 19061-5329 |
| 14131275 | + | BMO Harris Bank, N.A., C/O James K. Haney, Esq., 1500 Market Street, 12th Floor, East twr, Philadelphia, PA 19102-2100 |
| 14131277 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14174177 | + | James K. Haney, BMO Harris Bank N.A., P.O. Box 3040, Cedar Rapids, IA 52406-3040 |
| 14161703 | | Jerome Blank, Esq., Id. No.49736, Phelan Hallinan Diamond & Jones, LLP, Atty for Ditech Financial LLC, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14196258 | + | Rushmore Loan Management Services, c/o Kevin G. McDonald, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Mar 29 2023 23:56:29 | BMO Harris Bank N.A., 111 W. MONROE STREET, CHICAGO, IL 60603-4095 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 30 2023 00:01:00 | Selene Finance, LP, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 30 2023 00:01:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14191995 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14131273 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:14 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14174178 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Mar 30 2023 00:01:00 | BMO Harris Bank N.A., P.O. Box 3040, Cedar Rapids, IA 52406-3040 |
| 14131274 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 30 2023 00:01:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14180135 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 30 2023 00:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14192584 | + | Email/Text: flyersprod.inbound@axisai.com | Mar 30 2023 00:01:00 | DiTech Financial LLC, c/o Rushmore Loan Management Services, L, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14168000 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 30 2023 00:01:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14131279 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 30 2023 00:01:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14131280 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 30 2023 00:01:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14244400 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2023 00:01:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14131276 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2023 00:03:12 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14179027 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2023 00:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14131281 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2023 00:01:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14131282 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2023 00:03:25 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14192574 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2023 00:03:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14184494 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14512915 | + | Email/Text: bkteam@selenefinance.com | Mar 30 2023 00:01:00 | Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14131284 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 30 2023 00:01:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14131285 | | Email/Text: bkelectronicnotices@usaa.com | Mar 30 2023 00:01:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14168037 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 00:03:24 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14131286 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 00:03:18 | Wf/home Projects, Po Box 14517, Des Moines, IA 50306-3517 |
| 14549176 | + | Email/Text: RASEBN@raslg.com | Mar 30 2023 00:01:00 | Wilmington Savings Fund Society, FSB, c/o Charles Wohlrab, Esquire, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road. Suite 170, Duluth, GA 30097-8461 |
| 14213166 | + | Email/Text: flyersprod.inbound@axisai.com | Mar 30 2023 00:01:00 | Wilmington Savings Fund Society, FSB, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA. 92619-5004 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14131278 | * | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14131283 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14184495 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 33 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

**Name**   **Email Address**

BRAD J. SADEK
    on behalf of Debtor Jorge R Rosario brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
    on behalf of Joint Debtor Ipatia C Bueno brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Selene Finance LP as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

JAMES KEVIN HANEY
    on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com
    spiotrowski@wongfleming.com,sshalloo@wongfleming.com

JEROME B. BLANK
    on behalf of Creditor Ditech Financial LLC jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society FSB, et al. bkgroup@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
JORGE R ROSARIO
IPATIA C BUENO

Debtor  Bankruptcy No. 18-14350-PMM

# O R D E R

**AND NOW**, this  28th  day of  March , 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Patricia M. Mayer
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
JORGE R ROSARIO
IPATIA C BUENO
1356 SUNSET STREET

MARCUS HOOK, PA 19061